IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF : <br> A WHITE MERCURY SABLE, OHIO : <br> LICENSE PLATE NUMBER HMR2214 : <br> VIN#1MEFM50U65A630605 : | CASE NO. 3:19MJ717 <br><br> **FILED UNDER SEAL** |

### ORDER FOR DELAYED NOTIFICATION

IT IS HEREBY ORDERED that, in accordance with 18 U.S.C. §§ 2705 and 3103a(b) and Rule 41(f)(3) (to the extent applicable), the government's motion for delayed notification is GRANTED. The government is hereby authorized to delay notice of the Tracking Warrant in the above-captioned matter to the person whose property was tracked for an additional ninety (90) days, up to and including May 26, 2020, unless further extended by this Court. The Court finds that there is reason to believe that notification of the existence of the Tracking Warrant may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial).

Upon motion of the government, and for good cause shown, it is further ORDERED that the government's motion for delayed notification and this order, shall be SEALED, and the Clerk is instructed not to unseal these items unless otherwise ordered by the Court.

Date: 2/21/20

HON. MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE